**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of Florida
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

SANOMEDICS, INC.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown    27-3320809

EIN

**5. Debtor's address**

Principal place of business:

444 Brickell Ave
Number  Street

Suite 415

Miami    FL    33131
City     State  ZIP Code

Miami-Dade
County

Mailing address, if different:

Number  Street

P.O. Box

City    State   ZIP Code

Location of principal assets, if different from principal place of business:

Number  Street

City    State   ZIP Code

Debtor   SANOMEDICS, INC.                                                          Case number (if known) _____

**6. Debtor's website (URL)**  www.sanomedics.com

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
   District _____  Date filed ___/___/_____ (MM/DD/YYYY)  Case number, if known _____

   Debtor _____  Relationship _____
   District _____  Date filed ___/___/_____ (MM/DD/YYYY)  Case number, if known _____

## Part 3: Report About the Case

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  SANOMEDICS, INC.
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Redwood Management, LLC | Unpaid Promissory Notes | $277,295.94 |
| Redwood Fund II, LLC | Unpaid Promissory Notes | $261,290.00 |
| SCS LLC | Unpaid Service Invoices | $11,500.00 |
| | Total of petitioners' claims | $550,085.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Redwood Management LLC
Name
16850 Collins Ave #112-341
Number   Street
Sunny Isles          FL          33160
City                       State       ZIP Code

Name and mailing address of petitioner's representative, if any
Gary Rogers
Name
16850 Collins Ave #112-341
Number   Street
Sunny Isles          FL          33160
City                       State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/24/2016
              MM / DD / YYYY

X _Signature_ Manger
Signature of petitioner or representative, including representative's title

**Attorneys**

Daniel A. Sands
Printed name
Stok Folk + Kon PA
Firm name, if any
18851 NE 29th Ave
Number   Street
Aventura          FL          33180
City                   State       ZIP Code

Contact phone  305-935-4440   Email dsands@stoklaw.com

Bar number  0103572

State  FL

X _Signature_
Signature of attorney

Date signed  08/24/2016
              MM / DD / YYYY

Debtor  SANOMEDICS, INC.
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**
Redwood Fund II, LLC
Name
16850 Collins Ave #112-341
Number  Street
Sunny Isles       FL       33160
City              State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Gary Rogers
Name
16850 Collins Ave #112-341
Number  Street
Sunny Isles       FL       33160
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/24/2016
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Daniel A. Sands
Printed name
Stok Folk + Kon PA
Firm name, if any
18851 NE 29th Ave
Number  Street
Aventura          FL       33180
City              State    ZIP Code
Contact phone  305-935-4440   Email  dsands@stoklaw.com
Bar number _____
State  FL

X _____
Signature of attorney

Date signed  08/24/2016
             MM / DD / YYYY

---

**Name and mailing address of petitioner**
SCS, LLC
Name
980 N. Federal Hwy Suite 304
Number  Street
Boca Raton        FL       33432
City              State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Lawrence Sands
Name
980 N. Federal Hwy Suite 304
Number  Street
Boca Raton        FL       33432
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/24/16
            MM / DD / YYYY

X _____  PRESIDENT
Signature of petitioner or representative, including representative's title

---

Daniel A. Sands
Printed name
Stok Folk + Kon PA
Firm name, if any
18851 NE 29th Ave
Number  Street
Aventura          FL       33180
City              State    ZIP Code
Contact phone  305-935-4440   Email  dsands@stoklaw.com
Bar number  0103572
State  FL

X _____
Signature of attorney

Date signed  08/24/2016
             MM / DD / YYYY

| Debtor | **SANOMEDICS, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

**6. Debtor's website (URL)** _____

**7. Type of debtor**
- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☐ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

*Check one:*
- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **SANOMEDICS, INC.**                                    Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| CLSS Holdings LLC | Unpaid Promissory Notes | $412,795.64 |
|  | Unpaid Promissory Notes | $ |
|  |  | $ |
|  | Total of petitioners' claims | $412,795.64 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
CLSS Holdings, LLC
_Name_
19501 W. Country Club Drive
_Number   Street_
Aventura           FL         33180
_City_             _State_    _ZIP Code_

Name and mailing address of petitioner's representative, if any
Craig Sizer
_Name_
19501 W. Country Club Drive
_Number   Street_
Aventura           FL         33180
_City_             _State_    _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/24/16
             MM / DD / YYYY

X _/s/ Craig V Sizer_    President
Signature of petitioner or representative, including representative's title

**Attorneys**

Daniel A. Sands
_Printed name_
Stok Folk + Kon PA
_Firm name, if any_
18851 NE 29th Ave
_Number   Street_
Aventura           FL         33180
_City_             _State_    _ZIP Code_

Contact phone  305-935-4440    Email  dsands@stoklaw.com

Bar number  0103572

State  FL

X _/s/_
Signature of attorney

Date signed  08/24/2016
             MM / DD / YYYY