**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of Florida (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **SANOMEDICS, INC.**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown     27-3320809

5. Debtor's address

   **Principal place of business**
   444 Brickell Ave
   Number   Street
   Suite 415
   Miami    FL   33131
   City     State ZIP Code

   Miami-Dade
   County

   **Mailing address, if different**
   Number   Street
   P.O. Box
   City     State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street
   City     State   ZIP Code

Debtor  SANOMEDICS, INC.                                                    Case number (if known) _____
        Name

| | |
|---|---|
| 6. Debtor's website (URL) | www.sanomedics.com |

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

      Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  SANOMEDICS, INC.
        Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Redwood Management, LLC | Unpaid Promissory Notes | $277,295.94 |
| Redwood Fund II, LLC | Unpaid Promissory Notes | $261,290.00 |
| SCS LLC | Unpaid Service Invoices | $11,500.00 |
| | Total of petitioners' claims | $550,085.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

#### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
Redwood Management LLC
Name
16850 Collins Ave #112-341
Number  Street
Sunny Isles        FL         33160
City               State      ZIP Code

Name and mailing address of petitioner's representative, if any
Gary Rogers
Name
16850 Collins Ave #112-341
Number  Street
Sunny Isles        FL         33160
City               State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/24/2016
            MM / DD / YYYY

X _/s/ Hanger_
Signature of petitioner or representative, including representative's title

#### Attorneys

Daniel A. Sands
Printed name
Stok Folk + Kon PA
Firm name, if any
18851 NE 29th Ave
Number  Street
Aventura           FL         33180
City               State      ZIP Code

Contact phone  305-935-4440   Email  dsands@stoklaw.com

Bar number  0103572

State  FL

X _/s/_
Signature of attorney

Date signed  08/24/2016
              MM / DD / YYYY

Debtor: **SANOMEDICS, INC.**
Case number (if known): _____

---

**Name and mailing address of petitioner**
Name: Redwood Fund II, LLC
Number/Street: 16850 Collins Ave #112-341
City: Sunny Isles    State: FL    ZIP Code: 33160

**Name and mailing address of petitioner's representative, if any**
Name: Gary Rogers
Number/Street: 16850 Collins Ave #112-341
City: Sunny Isles    State: FL    ZIP Code: 33160

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/24/2016

X _____ /s/ Manager _____
Signature of petitioner or representative, including representative's title

---

Printed name: Daniel A. Sands
Firm name, if any: Stok Folk + Kon PA
Number/Street: 18851 NE 29th Ave
City: Aventura    State: FL    ZIP Code: 33180
Contact phone: 305-935-4440    Email: dsands@stoklaw.com
Bar number: _____
State: FL

X _____ /s/ _____
Signature of attorney
Date signed: 08/24/2016

---

**Name and mailing address of petitioner**
Name: SCS, LLC
Number/Street: 980 N. Federal Hwy Suite 304
City: Boca Raton    State: FL    ZIP Code: 33432

**Name and mailing address of petitioner's representative, if any**
Name: Lawrence Sands
Number/Street: 980 N. Federal Hwy Suite 304
City: Boca Raton    State: FL    ZIP Code: 33432

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/24/16

X _____ /s/ _____ PRESIDENT
Signature of petitioner or representative, including representative's title

---

Printed name: Daniel A. Sands
Firm name, if any: Stok Folk + Kon PA
Number/Street: 18851 NE 29th Ave
City: Aventura    State: FL    ZIP Code: 33180
Contact phone: 305-935-4440    Email: dsands@stoklaw.com
Bar number: 0103572
State: FL

X _____ /s/ _____
Signature of attorney
Date signed: 08/24/2016

Debtor    **SANOMEDICS, INC.**    Case number (if known) _____
               Name

6. Debtor's website (URL)    _____

7. Type of debtor
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☐ No
   ☐ Yes. Debtor _____    Relationship _____
       District _____ Date filed _____    Case number, if known _____
                                        MM / DD / YYYY

       Debtor _____    Relationship _____
       District _____ Date filed _____    Case number, if known _____
                                        MM / DD / YYYY

**Part 3:    Report About the Case**

10. Venue

    Check one:

    ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ■ No

    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  SANOMEDICS, INC.                                     Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| CLSS Holdings LLC | Unpaid Promissory Notes | $412,795.64 |
|  | Unpaid Promissory Notes | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 412,795.64 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
CLSS Holdings, LLC
Name
19501 W. Country Club Drive
Number  Street
Aventura          FL        33180
City              State     ZIP Code

Name and mailing address of petitioner's representative, if any
Craig Sizer
Name
19501 W. Country Club Drive
Number  Street
Aventura          FL        33180
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/24/16
             MM / DD / YYYY

X _Craig V Sizer_  President
Signature of petitioner or representative, including representative's title

**Attorneys**

Daniel A. Sands
Printed name
Stok Folk + Kon PA
Firm name, if any
18851 NE 29th Ave
Number  Street
Aventura          FL        33180
City              State     ZIP Code

Contact phone  305-935-4440   Email dsands@stoklaw.com

Bar number  0103572

State  FL

X _____
Signature of attorney

Date signed  08/24/2016
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3