UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                                                 Case Number: 16-21659
Sanomedics, Inc.                                                Chapter: 11
444 Brickell Avenue, Suite 415
Miami, Florida 33131

EIN: 27-3320809

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the following as counsel for Petitioners, REDWOOD MANAGEMENT, LLC, REDWOOD FUND II, LLC, SCS, LLC and CLSS HOLDINGS LLC, in the above-entitled Action and requests that all further pleadings, correspondence and communication of any type whatsoever hereafter filed or served can be furnished to the undersigned.

**Daniel A. Sands, Esq.**:          service@stoklaw.com
                                             dsands@stoklaw.com
                                             ipozo@stoklaw.com

                                             */s/Daniel A. Sands, Esq.*
                                             Signature of Attorney

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Notice of Appearance
CASE NO.: 16-21659

| | |
|---|---|
| Dated: August 24, 2016. | Respectfully submitted, |

STOK FOLK + KON
*Attorneys for Petitioners*
18851 NE 29th Avenue, Suite 1005
Aventura, Florida 33180
Tel.: (305) 935-4440
Fax: (305) 935-4470
Email:           rstok@stoklaw.com
Email:           dsands@stoklaw.com
Secondary:   ipozo@stoklaw.com
Secondary:   service@stoklaw.com

By:   */s/ Daniel A. Sands, Esq.*
         ROBERT A. STOK, ESQ.
         Florida Bar No.: 857051
         DANIEL A. SANDS, ESQ.
         Florida Bar No.: 0103572