UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

SANOMEDICS, INC. f/k/a SANOMEDICS INTERNATIONAL HOLDINGS, INC.

Case No.: 16-21659-RAM
Chapter 7

Debtor.
_______________________________/

**NOTICE OF FILING MASTER SERVICE LIST**

PLEASE BE ADVISED that, pursuant to Local Rule 2002(I): Authority to Limit Service for Certain Chapter 7 Notices, attached is the current Master Service List, as of July 2, 2019, filed pursuant to Local Rule 2002-1(H)(2).

s/ Daniel N. Gonzalez
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Trustee*

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

**U.S. Trustee:**
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtor:**
Sanomedics, Inc.
c/o Alexis S. Read, Esq.
Dunn Law, P.A.
555 NE 15th Street, Suite 934-A
Miami, FL 33132

**Trustee's Attorney:**
Marcia T. Dunn, Trustee
c/o Michael P. Dunn, Esq.
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL 33130

**Trustee's Special Attorney:**
Michael S. Budwick, Esquire
Solomon B. Genet, Esquire
Zachary N. James, Esquire
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Secured Creditors:**
Mark R. Miklos
3647 Dr. MLK Jr. St.
Saint Petersburg, FL 33704

PositiveID Corp.
1690 S. Congress Ave,
Suite 201
Delray Beach, FL 33445

US Capital Partners, LLC
555 Montgomery St. Ste.
1501
San Francisco, CA 94111

Vitacura, LLC
9858 Clint Moore Road
#111-295
Boca Raton, FL 33496

**20 Largest Unsecured Creditors:**
Andrew M. Schwartz, P.A.
4755 Technology Way, #103
Boca Raton, FL 33431

Anthony Maru
78 Saint Francis Wood Rd
Madison, CT 06443

Arrowood Peters, LLP, Attorneys at Law
10 Post Office Square
Boston, MA 02109

Butler Pappas
400 N. Ashley Dr., Suite 2300
Tampa, FL 33602

Devlin Law Firm, LLC
1526 Gilpin Ave
Wilmington, DE 19806

Dimond Kaplan-JMJ
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133

Dimond Kaplan - Manhattan Transfer
14 Wall St
20th Floor
New York, NY 10005

Dimond Kaplan-Invacare
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133

Dimond Kaplan-Miklos
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33133

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

James M. Schneider, Esq.
Inmate Register 16646-104
FPC Pensacola
110 Raby Ave
Pensacola, FL 32509

IOA Healthcare Furniture
829 Blair St.
Thomasville, NC 27360

KSR Publishing Inc
2477 Stickney Point Road
315B
Sarasota, FL 34231

Koutoulas & Relis, LLC
1776 N. Pine Island Road
Suite 316
Fort Lauderdale, FL 33322

Mallah Furman & Company, P.A.
1001 Brickell Bay Drive
Suite 1400
Miami, FL 33131-4938

Manhattan Transfer Registrar Company
57 Eastwood Rd
Miller Place, NY 11764

Marcum, LLP
750 3rd Avenue
11th Floor
New York, NY 10017

PR Newswire
350 Hudson Street
Suite 300
New York, NY 10014-4504

Parson Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

Salberg & Company, P.A.
2295 NW Corporate Boulevard
#240
Boca Raton, FL 33431

Santana Byrd & Jaap, P.A.
211 S. Boulevard
Tampa, FL 33606

**United States and its agencies:**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

**Manual Notice List:**
Walter Boone
188 East Capitol St #1400
Jackson, MS 39201

Michael S. Budwick
Meland Russin & Budwick
200 S. Biscayne Blvd.
Suite 3200
Miami, FL 33131

Keith J Houlihan
18008 Jazz Lane
Boca Raton, FL 33496

Hal Levenberg
2 S Biscayne Blvd.,Ste 2690
Miami, FL 33131

Sanomedics, Inc.
c/o Michael P Dunn
555 NE 15th St., #934 A
Miami, FL 33132

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

State of California Franchise Tax Board
POB 2952
Sacramento, CA 95812