**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

Case No. 16-21659-BKC-RAM
Chapter 7

Sanomedics Inc

Debtor(s) /

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

The trustee herein files the Notice of Dividends to the Creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on December 14, 2023. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Date: December 14, 2023

By: */s/ Marcia T. Dunn, Trustee*

Marcia T. Dunn, Trustee
66 West Flagler Street, Suite 400
Miami, Florida 33130
Telephone: (786) 433-3866
Facsimile: (786) 260-0269
Email: mdunn@dunnlawpa.com

# FINAL DISTRIBUTION

Case Number: 16-21659 RAM

Page 1

Date: December 14, 2023

Debtor Name: Sanomedics Inc

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $0.00 |
| | MARCIA T. DUNN<br>Trustee Compensation | Admin Ch. 7 | $70,913.16 | $70,913.16 | $70,913.16 | $0.00 | $0.00 | $0.00 |
| | MARCIA T. DUNN<br>Trustee Expenses | Admin Ch. 7 | $4,921.58 | $4,921.58 | $4,921.58 | $0.00 | $0.00 | $0.00 |
| | DUNN LAW, P.A.<br>Attorney for Trustee Fees (Trustee Firm) | Admin Ch. 7 | $90,683.00 | $90,683.00 | $90,683.00 | $0.00 | $0.00 | $0.00 |
| | DUNN LAW, P.A.<br>Attorney for Trustee Expenses (Trustee Firm) | Admin Ch. 7 | $18,605.27 | $18,378.37 | $18,378.37 | $0.00 | $0.00 | $0.00 |
| | Meland Russin & Budwick, P.A.<br>Special Counsel for Trustee Fees | Admin Ch. 7 | $13,712.00 | $13,712.00 | $13,712.00 | $0.00 | $0.00 | $0.00 |
| | Meland Russin & Budwick, P.A.<br>Special Counsel for Trustee Expenses | Admin Ch. 7 | $17,751.39 | $17,751.39 | $17,751.39 | $0.00 | $0.00 | $0.00 |
| | YIP ASSOCIATES<br>Financial Consultant for Trustee Fees | Admin Ch. 7 | $222,833.00 | $222,833.00 | $222,833.00 | $0.00 | $0.00 | $0.00 |
| | YIP ASSOCIATES<br>Financial Consultant for Trustee Expenses | Admin Ch. 7 | $862.43 | $862.43 | $862.43 | $0.00 | $0.00 | $0.00 |
| 105 | Office of the United States Trustee<br>U.S. Trustee Quarterly Fees | Admin Ch. 7 | $650.00 | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | UNITED STATES BANKRUPTCY COURT<br>Clerk of the Court Costs (includes adversary and other filing fees) | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 16-21659 RAM | Page 2 | Date: December 14, 2023
Debtor Name: Sanomedics Inc

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| | Clerk of the Court Costs (includes adversary and other filing fees) | | | | | | | |
| **Subtotal for ADMIN CH. 7 100.00000%** | | | **$449,681.83** | **$449,454.93** | **$449,454.93** | **$0.00** | **$0.00** | |
| 39 | ANTHONY MARU<br>Wages | Priority | $2,285.00 | $2,285.00 | $2,285.00 | $0.00 | $0.00 | $0.00 |
| 1 | FRANCHISE TAX BOARD<br>Claims of Governmental Units | Priority | $1,380.13 | $1,380.13 | $1,380.13 | $0.00 | $0.00 | $0.00 |
| 2-2 | INTERNAL REVENUE SERVICE<br>Claims of Governmental Units | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Subtotal for PRIORITY 100.00000%** | | | **$3,665.13** | **$3,665.13** | **$3,665.13** | **$0.00** | **$0.00** | |
| 3 | 4700 SHERIDAN STREET<br>General Unsecured § 726(a)(2) | Unsecured | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | U. S. SECURITIES AND EXCHANGE COMMIS<br>General Unsecured § 726(a)(2) | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | KSR PUBLISHING INC<br>General Unsecured § 726(a)(2) | Unsecured | $15,566.11 | $15,566.11 | $1,615.06 | $13,951.05 | $0.00 | $0.00 |
| 6 | 4700 SHERIDAN STREET<br>General Unsecured § 726(a)(2) | Unsecured | $5,519.51 | $5,519.51 | $572.68 | $4,946.83 | $0.00 | $0.00 |
| 7 | STATE OF CALIFORNIA<br>General Unsecured § 726(a)(2) | Unsecured | $800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | IPFS CORPORATION<br>General Unsecured § 726(a)(2) | Unsecured | $3,234.76 | $3,234.76 | $335.62 | $2,899.14 | $0.00 | $0.00 |
| 9 | Tilius, LLC<br>General Unsecured § 726(a)(2) | Unsecured | $12,524.43 | $12,524.43 | $1,299.47 | $11,224.96 | $0.00 | $0.00 |
| 10-2 | INVACARE CORPORATION<br>General Unsecured § 726(a)(2) | Unsecured | $425,094.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KOUTOULAS & RELIS, LLC<br>General Unsecured § 726(a)(2) | Unsecured | $63,520.88 | $63,520.88 | $6,590.61 | $56,930.27 | $0.00 | $0.00 |
| 12 | DEVLIN LAW FIRM, LLC | Unsecured | $86,615.59 | $86,615.59 | $8,986.80 | $77,628.79 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 16-21659 RAM
Debtor Name: Sanomedics Inc

Date: December 14, 2023

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | General Unsecured § 726(a)(2) | | | | | | | |
| 13 | PARSONS BEHLE & LATIMER<br>General Unsecured § 726(a)(2) | Unsecured | $191,149.18 | $191,149.18 | $19,832.69 | $171,316.49 | $0.00 | $0.00 |
| 14 | SCS,LLC<br>General Unsecured § 726(a)(2) | Unsecured | $32,500.00 | $32,500.00 | $3,372.04 | $29,127.96 | $0.00 | $0.00 |
| 15 | Redwood Management, LLC<br>General Unsecured § 726(a)(2) | Unsecured | $277,295.94 | $277,295.94 | $28,770.85 | $248,525.09 | $0.00 | $0.00 |
| 16 | Redwood Management, LLC<br>General Unsecured § 726(a)(2) | Unsecured | $261,290.00 | $261,290.00 | $27,110.15 | $234,179.85 | $0.00 | $0.00 |
| 17 | 94109721<br>General Unsecured § 726(a)(2) | Unsecured | $88,249.00 | $88,249.00 | $9,156.27 | $79,092.73 | $0.00 | $0.00 |
| 18 | JOHN POSEY<br>General Unsecured § 726(a)(2) | Unsecured | $46,375.00 | $46,375.00 | $4,811.64 | $41,563.36 | $0.00 | $0.00 |
| 19 | KIPU SYSTEMS, LLC<br>General Unsecured § 726(a)(2) | Unsecured | $30,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FRANCHISE TAX BOARD<br>General Unsecured § 726(a)(2) | Unsecured | $1,629.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF CALIFORNIA<br>General Unsecured § 726(a)(2) | Unsecured | $2,797.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PHILIP J. ROWEN<br>General Unsecured § 726(a)(2) | Unsecured | $10,000.00 | $10,000.00 | $1,037.55 | $8,962.45 | $0.00 | $0.00 |
| 23 | KEVIN LEE MATHIOWETZ<br>General Unsecured § 726(a)(2) | Unsecured | $56,250.00 | $56,250.00 | $5,836.22 | $50,413.78 | $0.00 | $0.00 |
| 24 | LINDA HOLTY<br>General Unsecured § 726(a)(2) | Unsecured | $49,500.00 | $49,500.00 | $5,135.87 | $44,364.13 | $0.00 | $0.00 |
| 25 | GORDON GILSTRAP<br>General Unsecured § 726(a)(2) | Unsecured | $33,500.00 | $33,500.00 | $3,475.79 | $30,024.21 | $0.00 | $0.00 |
| 26 | MICHAEL J HALL, MD<br>General Unsecured § 726(a)(2) | Unsecured | $25,000.00 | $25,000.00 | $2,593.87 | $22,406.13 | $0.00 | $0.00 |
| 27 | RALPH W. TAYLOR<br>General Unsecured § 726(a)(2) | Unsecured | $8,500.00 | $8,500.00 | $881.92 | $7,618.08 | $0.00 | $0.00 |
| 28 | LUCIA DAVIS<br>General Unsecured § 726(a)(2) | Unsecured | $13,500.00 | $13,500.00 | $1,400.69 | $12,099.31 | $0.00 | $0.00 |
| 29-2 | CARL T GRIMM<br>General Unsecured § 726(a)(2) | Unsecured | $8,000.00 | $8,000.00 | $830.04 | $7,169.96 | $0.00 | $0.00 |
| 30 | SCOTT D NORRIS | Unsecured | $66,515.00 | $66,515.00 | $6,901.26 | $59,613.74 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 16-21659 RAM  Date: December 14, 2023
Debtor Name: Sanomedics Inc

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | General Unsecured § 726(a)(2) | | | | | | | |
| 31 | EDWARD H HOLLINGSWORTH<br>General Unsecured § 726(a)(2) | Unsecured | $10,000.00 | $10,000.00 | $1,037.55 | $8,962.45 | $0.00 | $0.00 |
| 32 | NATHAN BEHNE & DOROTHY BEHNE JT TEN<br>General Unsecured § 726(a)(2) | Unsecured | $16,750.00 | $16,750.00 | $1,737.90 | $15,012.10 | $0.00 | $0.00 |
| 33 | KENNETH J ROGOZINSKI<br>General Unsecured § 726(a)(2) | Unsecured | $43,570.06 | $43,570.06 | $4,520.61 | $39,049.45 | $0.00 | $0.00 |
| 34 | JAMES WHITNEY CONVISER<br>General Unsecured § 726(a)(2) | Unsecured | $23,125.00 | $23,125.00 | $2,399.33 | $20,725.67 | $0.00 | $0.00 |
| 35 | JON M GRIFFIN<br>General Unsecured § 726(a)(2) | Unsecured | $15,000.00 | $15,000.00 | $1,556.32 | $13,443.68 | $0.00 | $0.00 |
| 36 | SHARON PETITTE<br>General Unsecured § 726(a)(2) | Unsecured | $10,000.00 | $10,000.00 | $1,037.55 | $8,962.45 | $0.00 | $0.00 |
| 37 | GERALD EDWARD ANDREWS, JR<br>General Unsecured § 726(a)(2) | Unsecured | $116,125.00 | $116,125.00 | $12,048.55 | $104,076.45 | $0.00 | $0.00 |
| 38 | DANIEL ISZKIEWICZ<br>General Unsecured § 726(a)(2) | Unsecured | $31,000.00 | $31,000.00 | $3,216.40 | $27,783.60 | $0.00 | $0.00 |
| 40 | ROBERT P GORES<br>General Unsecured § 726(a)(2) | Unsecured | $40,250.00 | $40,250.00 | $4,176.14 | $36,073.86 | $0.00 | $0.00 |
| 41 | DENNIS D SCHNEIDER & JANICE M SCHNEIDER<br>General Unsecured § 726(a)(2) | Unsecured | $16,875.00 | $16,875.00 | $1,750.87 | $15,124.13 | $0.00 | $0.00 |
| 42 | WILLIAM & REBECCA ANDREWS<br>General Unsecured § 726(a)(2) | Unsecured | $40,250.00 | $40,250.00 | $4,176.14 | $36,073.86 | $0.00 | $0.00 |
| 43 | EDITH ANN JONES<br>General Unsecured § 726(a)(2) | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | ALAN OBRYANT<br>General Unsecured § 726(a)(2) | Unsecured | $30,125.00 | $30,125.00 | $3,125.62 | $26,999.38 | $0.00 | $0.00 |
| 45 | GERARD PERRON<br>General Unsecured § 726(a)(2) | Unsecured | $9,000.00 | $9,000.00 | $933.79 | $8,066.21 | $0.00 | $0.00 |
| 46 | GARY L GIBBS<br>General Unsecured § 726(a)(2) | Unsecured | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| 47 | James A. Dillenburg<br>General Unsecured § 726(a)(2) | Unsecured | $27,000.00 | $27,000.00 | $2,801.38 | $24,198.62 | $0.00 | $0.00 |
| 48 | Thomas V Marianacci | Unsecured | $12,500.00 | $12,500.00 | $1,296.94 | $11,203.06 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | General Unsecured § 726(a)(2) | | | | | | | |
| 49 | RONALD L BUSH<br>General Unsecured § 726(a)(2) | Unsecured | $23,000.00 | $23,000.00 | $2,386.36 | $20,613.64 | $0.00 | $0.00 |
| 50 | EARL BREWER<br>General Unsecured § 726(a)(2) | Unsecured | $37,500.00 | $37,500.00 | $3,890.81 | $33,609.19 | $0.00 | $0.00 |
| 51 | WILLIAM M HAZEN<br>General Unsecured § 726(a)(2) | Unsecured | $29,250.00 | $29,250.00 | $3,034.83 | $26,215.17 | $0.00 | $0.00 |
| 52 | GREG WINTERQUIST & NANCY WINTERQUIST<br>General Unsecured § 726(a)(2) | Unsecured | $222,500.00 | $222,500.00 | $23,085.49 | $199,414.51 | $0.00 | $0.00 |
| 53 | CARL T GRIMM<br>General Unsecured § 726(a)(2) | Unsecured | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | ROGER FORTIER<br>General Unsecured § 726(a)(2) | Unsecured | $10,500.00 | $10,500.00 | $1,089.43 | $9,410.57 | $0.00 | $0.00 |
| 55 | DAVID J SCHEIBEL<br>General Unsecured § 726(a)(2) | Unsecured | $1,250.00 | $1,250.00 | $129.69 | $1,120.31 | $0.00 | $0.00 |
| 56 | Robert C Robison & Sheryl Robison<br>General Unsecured § 726(a)(2) | Unsecured | $19,654.46 | $19,654.46 | $2,039.25 | $17,615.21 | $0.00 | $0.00 |
| 57 | GEORGE ALLEN CLARK<br>General Unsecured § 726(a)(2) | Unsecured | $20,000.00 | $20,000.00 | $2,075.10 | $17,924.90 | $0.00 | $0.00 |
| 58 | FRED TUMLIN<br>General Unsecured § 726(a)(2) | Unsecured | $15,975.00 | $15,975.00 | $1,657.49 | $14,317.51 | $0.00 | $0.00 |
| 59 | BRIAN S FENNER<br>General Unsecured § 726(a)(2) | Unsecured | $25,000.00 | $25,000.00 | $2,593.87 | $22,406.13 | $0.00 | $0.00 |
| 60 | HOYT BURDETTE III<br>General Unsecured § 726(a)(2) | Unsecured | $5,000.00 | $5,000.00 | $518.77 | $4,481.23 | $0.00 | $0.00 |
| 61-2 | DAVID KEYLOR<br>General Unsecured § 726(a)(2) | Unsecured | $7,500.00 | $7,500.00 | $778.16 | $6,721.84 | $0.00 | $0.00 |
| 62 | GAVIN A STECKLER<br>General Unsecured § 726(a)(2) | Unsecured | $11,000.00 | $11,000.00 | $1,141.30 | $9,858.70 | $0.00 | $0.00 |
| 63 | GARTH A STECKLER<br>General Unsecured § 726(a)(2) | Unsecured | $5,000.00 | $5,000.00 | $518.77 | $4,481.23 | $0.00 | $0.00 |
| 64 | SAMANTHA J STECKLER<br>General Unsecured § 726(a)(2) | Unsecured | $5,000.00 | $5,000.00 | $518.77 | $4,481.23 | $0.00 | $0.00 |
| 65 | STANLEY STECKLER<br>General Unsecured § 726(a)(2) | Unsecured | $117,000.00 | $117,000.00 | $12,139.33 | $104,860.67 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 16-21659 RAM | Page 7 | Date: December 14, 2023

Debtor Name: Sanomedics Inc

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| 66 | PAUL SENKO<br>General Unsecured § 726(a)(2) | Unsecured | $78,875.00 | $78,875.00 | $8,183.67 | $70,691.33 | $0.00 | $0.00 |
| 67 | AURELIA & MICHAEL OSTRO<br>General Unsecured § 726(a)(2) | Unsecured | $200,000.00 | $200,000.00 | $20,751.00 | $179,249.00 | $0.00 | $0.00 |
| 68 | JUDY YEE WU<br>General Unsecured § 726(a)(2) | Unsecured | $16,625.00 | $16,625.00 | $1,724.93 | $14,900.07 | $0.00 | $0.00 |
| 69-3 | TANUJA NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $1,896.05 | $1,896.05 | $196.72 | $1,699.33 | $0.00 | $0.00 |
| 70 | NEELAM NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $10,065.72 | $10,065.72 | $1,044.37 | $9,021.35 | $0.00 | $0.00 |
| 71-2 | NIRMALA D. NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $24,546.80 | $24,546.80 | $2,546.85 | $21,999.95 | $0.00 | $0.00 |
| 72-2 | NIRMALA D. NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $16,158.35 | $16,158.35 | $1,676.51 | $14,481.84 | $0.00 | $0.00 |
| 73-2 | SANGEETA NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $23,248.30 | $23,248.30 | $2,412.13 | $20,836.17 | $0.00 | $0.00 |
| 74-2 | CHANGAM NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $19,008.46 | $19,008.46 | $1,972.22 | $17,036.24 | $0.00 | $0.00 |
| 75-2 | CHANGAM NAIDU & NIRMALA D NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $12,092.50 | $12,092.50 | $1,254.66 | $10,837.84 | $0.00 | $0.00 |
| 76 | GARY M ARMSTRONG<br>General Unsecured § 726(a)(2) | Unsecured | $6,000.00 | $6,000.00 | $622.53 | $5,377.47 | $0.00 | $0.00 |
| 77 | ANNA C AMBRIZ<br>General Unsecured § 726(a)(2) | Unsecured | $6,000.00 | $6,000.00 | $622.53 | $5,377.47 | $0.00 | $0.00 |
| 78 | GENE L PULLEN<br>General Unsecured § 726(a)(2) | Unsecured | $7,500.00 | $7,500.00 | $778.16 | $6,721.84 | $0.00 | $0.00 |
| 79 | DON BUHLER<br>General Unsecured § 726(a)(2) | Unsecured | $90,726.00 | $90,726.00 | $9,413.28 | $81,312.72 | $0.00 | $0.00 |
| 80 | JAMES L RATHBUN<br>General Unsecured § 726(a)(2) | Unsecured | $16,000.00 | $16,000.00 | $1,660.08 | $14,339.92 | $0.00 | $0.00 |
| 81 | LG CAPITAL<br>General Unsecured § 726(a)(2) | Unsecured | $176,664.00 | $176,664.00 | $18,329.77 | $158,334.23 | $0.00 | $0.00 |
| 82 | DAVID SCHEER<br>General Unsecured § 726(a)(2) | Unsecured | $20,500.00 | $20,500.00 | $2,126.98 | $18,373.02 | $0.00 | $0.00 |
| 83 | FRANCO & PAOLA CESTA | Unsecured | $46,250.00 | $46,250.00 | $4,798.67 | $41,451.33 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 16-21659 RAM | Page 8 | Date: December 14, 2023

Debtor Name: Sanomedics Inc

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | General Unsecured § 726(a)(2) | | | | | | | |
| 84 | JAMES A. RUDOLPH<br>General Unsecured § 726(a)(2) | Unsecured | $295,437.59 | $295,437.59 | $30,653.13 | $264,784.46 | $0.00 | $0.00 |
| 85 | CHANGAM NAIDU<br>General Unsecured § 726(a)(2) | Unsecured | $598,301.25 | $598,301.25 | $62,076.76 | $536,224.49 | $0.00 | $0.00 |
| 86-2 | EMMETT SHAWGO<br>General Unsecured § 726(a)(2) | Unsecured | $10,000.00 | $10,000.00 | $1,037.55 | $8,962.45 | $0.00 | $0.00 |
| 87 | MICHAEL V. DEFELICE<br>General Unsecured § 726(a)(2) | Unsecured | $11,250.00 | $11,250.00 | $1,167.24 | $10,082.76 | $0.00 | $0.00 |
| 88 | CHRISTOPHER J BASTIAN<br>General Unsecured § 726(a)(2) | Unsecured | $61,750.00 | $61,750.00 | $6,406.87 | $55,343.13 | $0.00 | $0.00 |
| 89 | BRAD SCHMIDT & SHAELA SCHMIDT<br>General Unsecured § 726(a)(2) | Unsecured | $17,500.00 | $17,500.00 | $1,815.71 | $15,684.29 | $0.00 | $0.00 |
| 90 | MICHAEL J HAMMERSCHMIDT<br>General Unsecured § 726(a)(2) | Unsecured | $17,500.00 | $17,500.00 | $1,815.71 | $15,684.29 | $0.00 | $0.00 |
| 91 | BEULAH VISION, P.C.<br>General Unsecured § 726(a)(2) | Unsecured | $17,500.00 | $17,500.00 | $1,815.71 | $15,684.29 | $0.00 | $0.00 |
| 92-2 | JOAN GRANDE<br>General Unsecured § 726(a)(2) | Unsecured | $28,500.00 | $28,500.00 | $2,957.02 | $25,542.98 | $0.00 | $0.00 |
| 93 | ERIC LEE BUTZ<br>General Unsecured § 726(a)(2) | Unsecured | $16,500.00 | $16,500.00 | $1,711.96 | $14,788.04 | $0.00 | $0.00 |
| 94 | DANIEL R RUNGE & GABRIELE M RUNGE<br>General Unsecured § 726(a)(2) | Unsecured | $222,351.00 | $222,351.00 | $23,070.03 | $199,280.97 | $0.00 | $0.00 |
| 95 | RONNY P MAHLER<br>General Unsecured § 726(a)(2) | Unsecured | $5,875.00 | $5,875.00 | $609.56 | $5,265.44 | $0.00 | $0.00 |
| 96 | TYLER BARNETT<br>General Unsecured § 726(a)(2) | Unsecured | $25,000.00 | $25,000.00 | $2,593.87 | $22,406.13 | $0.00 | $0.00 |
| 97 | RICHARD MARK O'HARA CORAL REEF CLUB<br>General Unsecured § 726(a)(2) | Unsecured | $11,250.00 | $11,250.00 | $1,167.24 | $10,082.76 | $0.00 | $0.00 |
| 99 | ANDREW CHASTANT<br>General Unsecured § 726(a)(2) | Unsecured | $0.00 | $5,000.00 | $518.77 | $4,481.23 | $0.00 | $0.00 |
| 98 | KELLY BORGER<br>Tardy General Unsecured § 726(a)(3) | Unsecured | $7,500.00 | $7,500.00 | $0.00 | $7,500.00 | $0.00 | $0.00 |
| 100 | JEREMY FREEMAN | Unsecured | $6,000.00 | $6,000.00 | $0.00 | $6,000.00 | $0.00 | $0.00 |

## FINAL DISTRIBUTION

Case Number: 16-21659 RAM | Page 9 | Date: December 14, 2023

Debtor Name: Sanomedics Inc

| Claim # | Payee Name | Claim Type | Amt Filed | Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remain |
|---|---|---|---|---|---|---|---|---|
| | Tardy General Unsecured § 726(a)(3) | | | | | | | |
| 101 | Charles Michelson<br>Tardy General Unsecured § 726(a)(3) | Unsecured | $24,600.00 | $24,600.00 | $0.00 | $24,600.00 | $0.00 | $0.00 |
| 102 | Richard A Melnzer<br>Tardy General Unsecured § 726(a)(3) | Unsecured | $12,875.00 | $12,875.00 | $0.00 | $12,875.00 | $0.00 | $0.00 |
| 103 | Emmit F Coots Jr<br>Tardy General Unsecured § 726(a)(3) | Unsecured | $37,625.00 | $37,625.00 | $0.00 | $37,625.00 | $0.00 | $0.00 |
| 104 | Luz Tavera<br>Tardy General Unsecured § 726(a)(3) | Unsecured | $7,500.00 | $7,500.00 | $0.00 | $7,500.00 | $0.00 | $0.00 |
| 106-2 | State of California<br>Tardy General Unsecured § 726(a)(3) | Unsecured | $7,336.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | FRANCHISE TAX BOARD<br>Fines, Penalties § 726(a)(4) | Unsecured | $335.08 | $335.08 | $0.00 | $335.08 | $0.00 | $0.00 |
| **Subtotal for UNSECURED** | **10.35269%** | | **$35,020,269.11** | **$4,573,611.02** | **$473,491.79** | **$4,100,119.23** | **$0.00** | |
| **<<Totals>>** | | | **$35,473,616.07** | **$5,026,731.08** | **$926,611.85** | **$4,100,119.23** | **$0.00** | **$0.00** |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.